# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PALMA ROQUE,<br><br>Petitioner,<br><br>v.<br><br>BRYAN BIRKHOLZ,<br><br>Respondent. | Case No. CV 2:24-03561 DSF (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied as moot and Judgment shall be entered dismissing this action.

DATED: September 26, 2024

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE