JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PALMA ROQUE, | Case No. CV 2:24-03561 DSF (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRYAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied as moot and this action is dismissed.

DATED: September 26, 2024

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE